UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


IN RE HUMMER TRANSPORTATION,                    CASE NO. CV F 13-1640 LJO

                    Debtor,              **ORDER FOR STATUS REPORT**
                                         (Docs. 1, 2.)


NATIONAL CONTINENTAL
INSURANCE COMPANY,

                    Apellant.
_____/


        On October 10, 2013, appellant National Continental Insurance Company ("NCI") filed papers which the clerk construed to seek this Court's review of a bankruptcy court ruling. Neither the bankruptcy court record nor further papers have been filed.  As such, this Court ORDERS NCI, no later than November 25, 2013, to file and serve papers to address the status of completion of the bankruptcy court record, its filing with this Court, and other matters to address scheduling proceedings in this action.


IT IS SO ORDERED.

   Dated:  __**November 18, 2013**__              ___/s/ Lawrence J. O'Neill___
                                                   UNITED STATES DISTRICT JUDGE