UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HUMMER TRANSPORTATION,<br><br>           Debtor,<br><br><br><br><br>NATIONAL CONTINENTAL<br>INSURANCE COMPANY,<br><br>           Apellant.<br>_____/ | CASE NO. CV F 13-1640 LJO<br><br>**ORDER TO PROVIDE RELEVANT BANKRUPTCY COURT RECORDS**<br>(Doc. 4.) |

      This Court's clerk has provided notice of completion of the bankruptcy court record for this appeal. *See* Doc. 4. The bankruptcy court record is not immediately available to this Court. As such, this Court ORDERS the parties to file and serve with their respective briefs all bankruptcy court record excerpts and transcripts which they desire this Court to review. This Court has limited access to the bankruptcy court record and will rely on the parties to obtain and provide record excerpts and transcripts from the bankruptcy court docket.

IT IS SO ORDERED.

    Dated:   **November 22, 2013**           **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE