UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE HUMMER TRANSPORTATION,                    CASE NO. CV F 13-1640 LJO

           Debtor,                    **ORDER TO PROVIDE RELEVANT
BANKRUPTCY COURT RECORDS**
(Doc. 4.)

NATIONAL CONTINENTAL
INSURANCE COMPANY,

           Apellant.
_____/

      This Court's clerk has provided notice of completion of the bankruptcy court record for this appeal.  *See* Doc. 4.  The bankruptcy court record is not immediately available to this Court.  As such, this Court ORDERS the parties to file and serve with their respective briefs all bankruptcy court record excerpts and transcripts which they desire this Court to review.  This Court has limited access to the bankruptcy court record and will rely on the parties to obtain and provide record excerpts and transcripts from the bankruptcy court docket.

IT IS SO ORDERED.

   Dated:   **November 22, 2013**                    **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

1