UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HUMMER TRANSPORTATION, | CASE NOS. CV F 13-1640 LJO AND CV F 13-1889 |
| Debtor, | **ORDER FOR PROPOSED BRIEFING SCHEDULE** <br> (Doc. 4.) |
| NATIONAL CONTINENTAL INSURANCE COMPANY, | |
| Apellant. _____/ | |
| HUME, SMITH, GEDDES, GREEN & SIMMONS, LLP, | |
| Appellant, | |
| vs. | |
| ROBERT HAWKINS, Chapter 7 Trustee, et al., _____/ | |

Pending in these Case Nos. CV F 13-1640 and CV F 13-1889 (collectively "appeals") are appeals from a September 12, 2013 bankruptcy court order. To promote efficiency and best use of resources, this Court ORDERS the parties' counsel in the appeals, no later than December 6, 2013, to meet and confer to address briefing the appeals and to file and serve a proposed schedule for briefing the appeals. This Court contemplates the need for only the parties' respective opening and opposition briefs with no reply briefs. As such, this Court

1

VACATES the briefing schedule set by document 4 in Case No. CV F 13-1640 and intends to issue a renewed order setting a briefing schedule in the appeals.

The bankruptcy court record is not immediately available to this Court. As such, this Court ORDERS the parties to file and serve with their respective briefs all bankruptcy court record excerpts and transcripts which they desire this Court to review. This Court has limited access to the bankruptcy court record and will rely on the parties to obtain and provide record excerpts and transcripts from the bankruptcy court docket.

The clerk is directed to docket and serve this order in both Case Nos. CV F 13-1640 and CV F 13-1889.

The parties may direct questions or comments to senior chambers attorney Gary Green at (559) 499-5683 or ggreen@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **November 25, 2013**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE