# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HUMMER TRANPORTATION, INC.<br><br>Debtor. | Case No. 1:13-01640-LJO<br><br>Case No. 1:13-01889-LJO<br><br>Bankruptcy Case No. 11-60663 |
| Hume, Smith, Geddes,<br>Green & Simmons, LLP<br><br>Appellant,<br><br>v.<br><br>Robert A. Hawkins, Chapter 7 Trustee<br><br>Appellee. | ORDER ON STIPULATION TO CONSOLIDATE PROCEEDINGS AND SET BRIEFING SCHEDULE<br><br>*COURT LANGUAGE ADDED* |

The Court, having reviewed the Stipulation to Consolidate Proceedings and Set Briefing Schedule between HUME, SMITH, GEDDES, GREEN & SIMMONS, LLP ("Appellant"), by and through its counsel, NATIONAL CONTINENTAL INSURANCE COMPANY ("Co-Appellant"), by and through its counsel, ROBERT A. HAWKINS, CHAPTER 7 TRUSTEE OF HUMMER TRANSPORTATION, INC. ("Appellee"), KENNETH J. ALLEN and KENNETH J. ALLEN LAW GROUP ("Co-Appellees"), and filed on December 3, 2013, and good cause appearing for the entry of an order consistent with the terms of the Stipulation,

/ / /

1    IT IS HEREBY ORDERED that the Stipulation is approved subject to the following qualifications:

    1.  The appeal docketed as District Court Case No. 1:13-cv-01889-LJO shall be consolidated with and into the appeal docketed as District Court Case No. 1:13-cv-01640-LJO;

    2.  Case No. 1:13-cv-01640-LJO shall be the lead case and is the case in which all future filings in this matter shall be filed;

    3.  Case No. 1:13-cv-01889-LJO shall be closed and terminated; and

    4.  The deadline to file and serve Appellant and Co-Appellant's opening brief, as well as Appellant and Co-Appellant's excerpts of record, shall be December 20, 2013.  Appellant and Co-Appellant may file a joint single opening brief and a joint single excerpt of record. Appellee and Co-Appellee have waived the right to object to Appellant and Co-Appellant's joint filings in this regard.  The deadline to file and serve Appellee and Co-Appellee's brief shall be January 10, 2014.  The deadline to file and serve Appellant and Co-Appellant's reply brief shall be January 31, 2014.  Appellant and Co-Appellant may file a joint reply brief. Appellee and Co-Appellee have waived the right to object to Appellant and Co-Appellant's joint filings in this regard.

    5.  The bankruptcy court record is not immediately available to this Court.  As such, this Court ORDERS the parties to file and serve with their respective briefs all bankruptcy court record excerpts and transcripts which they desire this Court to review.  This Court has limited access to the bankruptcy court record and will rely on the parties to obtain and provide record excerpts and transcripts from the bankruptcy court docket.

    The clerk is directed to docket and serve this order in both Case Nos. CV F 13-1640 and CV F 13-1889 prior to closing Case No. CV F 13-1889.

IT IS SO ORDERED.

  Dated:   **December 4, 2013**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE